# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 3 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES OF AMERICA
V.
ROBERTO LERMA-GALAVIZ

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 16CR3012-JMA

ROXANA SANDOVAL, FED DEF INC.
Defendant's Attorney

**REGISTRATION NO.** 13236081

☐ –

The Defendant:

☒ pleaded guilty to count(s)    1 OF THE SUPERSEDING INFORMATION

☐ was found guilty on count(s) _____
     after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 19 USC 1459 | ENTERING AT LOCATION NOT DESIGNATED TO BE BORDER CROSSING POINT (MISDEMEANOR) | 1 |

The defendant is sentenced as provided in pages 2 through    3    of this judgment.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   UNDERLYING INFORMATION   is dismissed on the motion of the United States.

☒ Assessment : $25.00 waived

☒ Fine waived    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

March 28, 2017
Date of Imposition of Sentence

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

16CR3012-JMA

AO 245B (CASD Rev. 08/14) Judgment in a Petty Criminal Case

DEFENDANT: ROBERTO LERMA-GALAVIZ
CASE NUMBER: 16CR3012-JMA

Judgment - Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
**6 MONTHS**

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ A.M. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ on or before

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____ DEPUTY UNITED STATES MARSHAL

16CR3012-JMA

AO 245B (CASD Rev. 08/14) Judgment in a Petty Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | ROBERTO LERMA-GALAVIZ | Judgment - Page **3** of **3** |
| CASE NUMBER: | 16CR3012-JMA | |

## UNSUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on unsupervised release for a term of:
1 YEAR.

During the term of unsupervised release, the defendant shall not commit another federal, state or local crime.

16CR3012-JMA